No. 355, Misc.   RAINES *v.* SMYTH, PENITENTIARY SUPERINTENDENT.   Supreme Court of Appeals of Virginia. Certiorari denied.

No. 396, Misc.   EX PARTE MALTOS.   Supreme Court of Ohio.   Certiorari denied.

No. 410, Misc.   JOHNSON *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 414, Misc.   BLAIR *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 419, Misc.   MCNALLY *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 86.   CALIFORNIA COMPANY *v.* COLORADO ET AL., *ante,* p. 285;

No. 134.   SORGEL, EXECUTOR, ET AL. *v.* COMMERCIAL CREDIT CORP., *ante,* p. 834;

No. 137.   ANDREWS *v.* CITY OF SAN BERNARDINO ET AL., *ante,* p. 288;

No. 26, Misc.   O'CONNOR *v.* BURKE, WARDEN, *ante,* p. 837; and

No. 58, Misc.   LUSTIG *v.* COMMISSIONER OF INTERNAL REVENUE ET AL., *ante,* p. 840.   Petitions for rehearing denied.

No. 256.   DI SILVESTRO *v.* UNITED STATES, *ante,* p. 825. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.